UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 5:17-cr-19-Oc-PRL

**AVERY LEANARD TUMER**
**JONATHAN KYLE LANIER**
**TIMOTHEUS GERSOM REED**
_____/

**ORDER**

Defendant Timotheus Gersom Reed previously filed a motion to exclude expert witness testimony and evidence. (Doc. 46). Defendant Jonathan Kyle Lanier sought leave to join in the motion. (Doc. 48). Defendant Reed now seeks to withdraw his motion. (Doc. 58).

Upon due consideration, Defendant Reed's amended motion to withdraw (Doc. 58) is GRANTED.[1] The Clerk shall terminate Defendant Reed's motion to exclude expert witness testimony and evidence (Doc. 46). With Reed's motion withdrawn, Defendant Lanier's motion to join it shall be terminated as moot (Doc. 48).

**IT IS SO ORDERED** in Ocala, Florida, on October 18, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Clerk shall terminate Defendant Reed's initial motion to withdraw (Doc. 57), which was rendered moot by the filing of the amended motion.